

**IT IS ORDERED as set forth below:**

**Date: July 17, 2012**

_____
James E. Massey
U.S. Bankruptcy Court Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| JAMES KENT SANFORD, II, ) | CASE NO. 12-63979-JEM |
| ) | |
| Debtor. ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - ) | - - - - - - - - - - - - - - - - - |
| CENLAR FSB, ) | |
| ) | |
| Movant, ) | **CONTESTED MATTER** |
| vs. ) | |
| JAMES KENT SANFORD, II, Debtor, ) | |
| TAMARA MILES OGIER, Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER MODIFYING AUTOMATIC STAY**

      A hearing on the above-styled Motion for Relief from Automatic Stay filed June 13, 2012, by Cenlar FSB, for itself and its successors or assigns came before this Court July 10, 2012. Relief is sought as to the real property now or formerly known as 4994 Brendlynn Drive, Suwanee, Gwinnett County, Georgia ("the Property"), as more particularly described on Exhibit "A" attached to the Motion for Relief from Automatic Stay. Neither Debtor nor Trustee oppose the relief sought.

M&C File No.12-01410

Movant alleges the Motion was properly served and the hearing noticed.  Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** as follows: the automatic stay of 11 U.S.C. § 362 is modified to allow Movant to proceed with its state law remedies and to proceed to obtain possession of and foreclose or otherwise dispose of the Property, including sending notices and statements that may be required by state law to be sent; or, in the alternative, Movant at its option be permitted to contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. Movant shall promptly remit to the Chapter 7 Trustee, Tamara Miles Ogier, all such proceeds as exceed the lawful debt owed to Movant by Debtor. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

**END OF ORDER**

Prepared and Submitted by:

/s/ Robert Wilkinson             
Robert Wilkinson
GA. State Bar No. 760055
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305
(404) 373-1612 Telephone
(404) 370-7237 Facsimile
jwilkinson@mccurdycandler.com
Attorney for Movant

*M&C File No.12-01410*

DISTRIBUTION LIST

James Kent Sanford, II
4994 Brendlynn Dr
Suwanee, GA 30024

Henri Spehar
Spehar & Associates LLC
3675 Crestwood Parkway
Suite 400
Duluth, GA 30096

Tamara Miles Ogier
Chapter 7 Trustee
Ogier Rothschild Rosenfeld & Ellis-Monro
170 Mitchell St. S.W.
Atlanta, GA 30303

Robert Wilkinson
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

*M&C File No.12-01410*